DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Frank Singh**

PETER S. MODLIN, *Cal. Bar No.:151453*
MEERA BHASKAR, *Cal. Bar No.:311934*
YANG DING, *Cal. Bar No.:329976*
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: 415-393-8389 / Fax: 415-373-8306
Email: pmodlin@gibsondunn.com;
Email: mbhaskar@gibsondunn.com;
Email: kding@gibsondunn.com;

*Attorneys for Defendant*: **McDonalds Corporation**

KELSEY ELIZABETH SCHERR, *Cal. Bar No.:303314*
LEWIS BRISBOIS BISGAARD AND SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, Ca 90071
Tel: 213-250-1800 / Fax: 213-250-7900
Email: kelsey.scherr@lewisbrisbois.com

*Attorney for Defendant*: **Indian Hill Management, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**, <br><br>                    Plaintiff, <br><br> v. <br><br> **INDIAN HILL MANAGEMENT, INC.,** as an entity and doing business as "McDonald's Restaurant #10992", **MCDONALD'S CORPORATION** and **DOES** 1-50, Inclusive, <br><br>                    Defendants. | Case No.: 5:19-cv-02289-JGB-SP <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

   **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  December 16th, 2020               /s/Daniel Malakauskas_____
                                          By: Daniel Malakauskas, of,
                                          MALAKAUSKAS LAW, APC,
                                          Attorney for Plaintiff

Date:  December 16th, 2020               /s/Meera Bhaskar_____
                                          By: Scott Malm, of,
                                          GIBSON DUNN & CRUTCHER LLP,
                                          Attorney for Defendant: ***McDonalds Corporation***

Date:  December 16th, 2020               /s/Kelsey Elizabeth Scherr_____
                                          By: Kelsey Elizabeth Scherr, of,
                                          LEWIS BRISBOIS BISGAARD AND
                                          SMITH LLP, Attorney for Defendant: ***Indian Hill Management, Inc.***